<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-1980**

———————————

CAROLYN M. FANKHANEL,

Petitioner - Appellant,

versus

COMMISSIONER OF INTERNAL REVENUE,

Respondent - Appellee.

———————————

Appeal from the United States Tax Court.  (Tax Ct. No. 95-2835)

———————————

Submitted:  December 30, 1999      Decided:  February 8, 2000

———————————

Before MURNAGHAN and LUTTIG, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Carolyn M. Fankhanel, Appellant Pro Se.  Frank Phillip Cihlar,
Carol Ann Barthel, UNITED STATES DEPARTMENT OF JUSTICE, Washington,
D.C., for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Carolyn M. Fankhanel appeals from the tax court's order determining deficiencies and penalties with respect to her 1983 through 1993 federal income tax liabilities.  Our review of the record and the tax court's opinion discloses no reversible error.  Accordingly, we affirm on the reasoning of the tax court.  See Fankhanel v. Commissioner, No. 95-2835(U.S.T.C. Feb. 10, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED